# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Joel Burgos                                    CHAPTER 13

        Lissette Burgos

                   Debtor(s)                         BKY. NO. 22-12213 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                                                         Respectfully submitted,

                                                    /s/ *Rebecca Solarz*
                                                    Rebecca Solarz
                                                    29 Aug 2022, 14:44:40, EDT

                                                   KML Law Group, P.C.
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106-1532
                                                   (215) 627-1322