United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-12213-pmm

Joel Burgos                                                                          Chapter 13

Lissette Burgos

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                                   User: admin                                   Page 1 of 3

Date Rcvd: Nov 17, 2022                        Form ID: 155                          Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joel Burgos, Lissette Burgos, 1262 North Ulster Street, Allentown, PA 18109-8753 |
| 14715587 | + | Arcadia Recovery Bureau LLC, P. O. Box 6768, Reading, PA 19610-0768 |
| 14715590 | + | BMO Harris Bank/Greensky, 1797 N East Expy NE, Brookhaven, GA 30329-7803 |
| 14715597 | + | Dennis E. Shean, Esquire, Hayt, Hayt & Landau, LLC, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 14715601 | + | Jay Bee Employees FCU, P. O. Box 189, Walnutport, PA 18088-0189 |
| 14715604 | + | Lehigh Valley Health-Muhlenberg, 2545 Schoenersville Road, Bethlehem, PA 18017-7300 |
| 14715605 | | Lehigh Valley Hospital, Patient Accounting Dept., P. O. Box 4120, Allentown, PA 18105-4120 |
| 14715607 | | Macy's, P. O. Box 6786, Sioux Falls, SD 57117-6786 |
| 14715612 | | PNC Bank, N.A., P. O. Box 747032, Pittsburgh, PA 15274-7032 |
| 14715609 | + | Patenaude & Felix, A.P.C., 2400 Ansys Dr., Ste. 402-B, Canonsburg, PA 15317-0403 |
| 14717233 | + | Rocket Mortgage, f/k/a Quicken Loans, LLC, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14715585 | | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 00:16:59 | AEO/Synchrony Bank, P. O. Box 965065, Orlando, FL 32896-5065 |
| 14715586 | + | Email/Text: backoffice@affirm.com | Nov 18 2022 00:07:00 | Affirm Inc., 650 California St., FL 12, San Francisco, CA 94108-2716 |
| 14715588 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 18 2022 00:06:00 | Barclays, Card Services, P. O. Box 8802, Wilmington, DE 19899-8802 |
| 14715589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2022 00:17:13 | Best Buy Credit Services, P. O. Box 790441, Saint Louis, MO 63179-0441 |
| 14715594 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2022 00:17:13 | CBNA, P. O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14715596 | | Email/Text: gtercero@crossriver.com | Nov 18 2022 00:06:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 14715591 | | Email/Text: cms-bk@cms-collect.com | Nov 18 2022 00:06:00 | Capital Management Services LP, 698-1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 14715592 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2022 00:17:11 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14715593 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2022 00:17:05 | Capital One Bank (USA), N.A., P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14719948 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2022 00:16:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14721530 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2022 00:06:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |

| 14715595 | + | Email/Text: commonwealth@ebn.phinsolutions.com | | |
| | | | Nov 18 2022 00:06:00 | Commonwealth Financial Systems, 245 Main St., Dickson City, PA 18519-1641 |
| 14733902 | + | Email/Text: dsgrdg@ptdprolog.net | | |
| | | | Nov 18 2022 00:06:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14715598 | ^ | MEBN | | |
| | | | Nov 18 2022 00:01:57 | Greensky, P. O. Box 29429, Atlanta, GA 30359-0429 |
| 14730945 | + | Email/Text: bankruptcy@greenskycredit.com | | |
| | | | Nov 18 2022 00:06:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 14715599 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Nov 18 2022 00:16:59 | Home Depot Credit Services, P. O. Box 790328, Saint Louis, MO 63179-0328 |
| 14715600 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 18 2022 00:17:06 | Home Design-Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14715602 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 18 2022 00:16:59 | JCPenney, Synchrony Bank, P. O. Box 965065, Orlando, FL 32896-5065 |
| 14728402 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Nov 18 2022 00:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14715603 | | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Nov 18 2022 00:06:00 | Kohl's, P. O. Box 3043, Milwaukee, WI 53201-3043 |
| 14717159 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 18 2022 00:16:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14715606 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 18 2022 00:17:06 | Lowe's, Synchrony Bank, P. O. Box 965065, Orlando, FL 32896-5065 |
| 14715608 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 18 2022 00:17:07 | Mattress Firm, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14715610 | | Email/Text: bankruptcies@penncredit.com | | |
| | | | Nov 18 2022 00:06:00 | Penn Credit Corporation, 2800 Commerce Dr., Harrisburg, PA 17110 |
| 14731026 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Nov 18 2022 00:06:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14715613 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Nov 18 2022 00:06:00 | PNC Bank, N.A., P. O. Box 5570, Cleveland, OH 44101-0570 |
| 14729656 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 18 2022 00:17:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14715611 | + | Email/Text: pcabkt@phillips-cohen.com | | |
| | | | Nov 18 2022 00:06:00 | Phillips & Cohen Associates, 1002 Justison St., Wilmington, DE 19801-5148 |
| 14727022 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 18 2022 00:06:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14715614 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Nov 18 2022 00:06:00 | Radius Global Solutions LLC, 7831 Glenroy Rd., Ste. 250-A, Minneapolis, MN 55439-3132 |
| 14715615 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Nov 18 2022 00:07:00 | Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 14717007 | ^ | MEBN | | |
| | | | Nov 18 2022 00:02:04 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14722286 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Nov 18 2022 00:07:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14715616 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 18 2022 00:17:12 | Sam's Club, Synchrony Bank, P. O. Box 965065, Orlando, FL 32896-5065 |
| 14715617 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 18 2022 00:17:06 | Syncb/Home, P. O. Box 965036, Orlando, FL 32896-5036 |
| 14716034 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| | | | |
|---|---|---|---|
| | | Nov 18 2022 00:17:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14716287 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 18 2022 00:17:06 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14715619 | + Email/Text: bncmail@w-legal.com | | |
| | | Nov 18 2022 00:06:00 | TD Bank USA/Target Credit, P. O. Box 673, Minneapolis, MN 55440-0673 |
| 14715618 | + Email/Text: bncmail@w-legal.com | | |
| | | Nov 18 2022 00:06:00 | Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14715620 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 18 2022 00:17:07 | The Home Depot/Citibank, P. O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14715621 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 18 2022 00:06:00 | Victoria's Secret, Comenity Bank, P. O. box 182125, Columbus, OH 43218-2125 |
| 14715622 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Nov 18 2022 00:17:11 | Wal-Mart, Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID S. GELLERT | on behalf of Debtor Joel Burgos dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Joint Debtor Lissette Burgos dsgrdg@ptdprolog.net |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Joel Burgos and Lissette Burgos

        Debtor(s)

Chapter: 13

Bankruptcy No: 22−12213−pmm

_____

### ***ORDER CONFIRMING PLAN UNDER CHAPTER 13***

AND NOW, this 17th day of November 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

23
Form 155