# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    JOEL BURGOS | : | Chapter 13 |
|    LISSETTE BURGOS | : | |
| | : | Bankruptcy No. 22-12213 PMM |
|               Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 29th day of November, 2022, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated November 7, 2022 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated: November 29, 2022           s/ David S. Gellert
                                                             David S. Gellert, Esquire
                                                             David S. Gellert, P.C.
                                                             3506 Perkiomen Avenue
                                                             Reading, PA 19606
                                                             (610) 779-8000
                                                             Fax: (610) 370-1393
                                                             dsgrdg@ptdprolog.net