| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-12213-PMM

| | |
|---|---|
| Joel Burgos | Petition Filed Date: 08/24/2022 |
| Lissette Burgos | 341 Hearing Date: 10/04/2022 |
| 1262 North Ulster Street | Confirmation Date: 11/17/2022 |
| Allentown  PA   18109 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/16/2022 | $230.00 | | 10/17/2022 | $230.00 | | 11/10/2022 | $230.00 | |
| 12/22/2022 | $230.00 | | 01/23/2023 | $230.00 | | 02/16/2023 | $230.00 | |
| 03/16/2023 | $230.00 | | 04/14/2023 | $230.00 | | 05/11/2023 | $230.00 | |
| 06/23/2023 | $230.00 | | 07/20/2023 | $230.00 | | | | |

**Total Receipts for the Period: $2,530.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,530.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $2,931.20 | $2,318.40 | $612.80 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $1,455.67 | $0.00 | $1,455.67 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,748.69 | $0.00 | $1,748.69 |
| 3 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $3,615.15 | $0.00 | $3,615.15 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $4,860.27 | $0.00 | $4,860.27 |
| 5 | CAPITAL ONE BANK (USA) NA »» 005 | Unsecured Creditors | $3,036.02 | $0.00 | $3,036.02 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $349.91 | $0.00 | $349.91 |
| 7 | CITIBANK NA »» 007 | Unsecured Creditors | $1,464.72 | $0.00 | $1,464.72 |
| 8 | CITIBANK NA »» 008 | Unsecured Creditors | $2,330.43 | $0.00 | $2,330.43 |
| 9 | ROCKET MORTGAGE LLC »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $10,966.67 | $0.00 | $10,966.67 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $1,392.38 | $0.00 | $1,392.38 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $831.07 | $0.00 | $831.07 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $2,188.43 | $0.00 | $2,188.43 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $4,160.42 | $0.00 | $4,160.42 |

**Chapter 13 Case No. 22-12213-PMM**

| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $3,347.59 | $0.00 | $3,347.59 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $2,171.56 | $0.00 | $2,171.56 |
| 17 | GREENSKY LLC »» 017 | Unsecured Creditors | $6,521.52 | $0.00 | $6,521.52 |
| 18 | PNC BANK »» 018 | Unsecured Creditors | $4,107.79 | $0.00 | $4,107.79 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $1,847.70 | $0.00 | $1,847.70 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,530.00 | Current Monthly Payment: | $230.00 |
| Paid to Claims: | $2,318.40 | Arrearages: | $0.00 |
| Paid to Trustee: | $211.60 | Total Plan Base: | $8,280.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.