Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 22-12213-PMM**

Joel Burgos  
Lissette Burgos  
1262 North Ulster Street  
Allentown  PA    18109

Petition Filed Date: 08/24/2022  
341 Hearing Date: 10/04/2022  
Confirmation Date: 11/17/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $230.00 | | 09/19/2023 | $230.00 | | 10/16/2023 | $230.00 | |
| 11/27/2023 | $230.00 | | 12/22/2023 | $230.00 | | 01/22/2024 | $230.00 | |
| 02/15/2024 | $230.00 | | 03/14/2024 | $230.00 | | 04/12/2024 | $230.00 | |
| 05/24/2024 | $230.00 | | 06/24/2024 | $230.00 | | 07/19/2024 | $230.00 | |

**Total Receipts for the Period: $2,760.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,520.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $2,931.20 | $2,931.20 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $1,455.67 | $53.75 | $1,401.92 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,748.69 | $64.60 | $1,684.09 |
| 3 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $3,615.15 | $133.52 | $3,481.63 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $4,860.27 | $179.50 | $4,680.77 |
| 5 | CAPITAL ONE BANK (USA) NA »» 005 | Unsecured Creditors | $3,036.02 | $112.11 | $2,923.91 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $349.91 | $0.00 | $349.91 |
| 7 | CITIBANK NA »» 007 | Unsecured Creditors | $1,464.72 | $54.11 | $1,410.61 |
| 8 | CITIBANK NA »» 008 | Unsecured Creditors | $2,330.43 | $86.05 | $2,244.38 |
| 9 | ROCKET MORTGAGE LLC »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $10,966.67 | $405.02 | $10,561.65 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $1,392.38 | $51.42 | $1,340.96 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $831.07 | $30.69 | $800.38 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $2,188.43 | $80.82 | $2,107.61 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $4,160.42 | $153.64 | $4,006.78 |

**Chapter 13 Case No. 22-12213-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  015 | Unsecured Creditors | $3,347.59 | $123.66 | $3,223.93 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  016 | Unsecured Creditors | $2,171.56 | $80.19 | $2,091.37 |
| 17 | GREENSKY LLC<br>»»  017 | Unsecured Creditors | $6,521.52 | $240.88 | $6,280.64 |
| 18 | PNC BANK<br>»»  018 | Unsecured Creditors | $4,107.79 | $151.73 | $3,956.06 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  019 | Unsecured Creditors | $1,847.70 | $68.22 | $1,779.48 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,520.00 | Current Monthly Payment: | $230.00 |
| Paid to Claims: | $5,001.11 | Arrearages: | $0.00 |
| Paid to Trustee: | $506.00 | Total Plan Base: | $8,280.00 |
| Funds on Hand: | $12.89 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.