United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-12213-pmm
Joel Burgos | Chapter 13
Lissette Burgos
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4
Date Rcvd: Aug 25, 2025     Form ID: 138OBJ     Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joel Burgos, Lissette Burgos, 1262 North Ulster Street, Allentown, PA 18109-8753 |
| 14715597 | + | Dennis E. Shean, Esquire, Hayt, Hayt & Landau, LLC, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 14715601 | + | Jay Bee Employees FCU, P. O. Box 189, Walnutport, PA 18088-0189 |
| 14715604 | + | Lehigh Valley Health-Muhlenberg, 2545 Schoenersville Road, Bethlehem, PA 18017-7300 |
| 14715605 | | Lehigh Valley Hospital, Patient Accounting Dept., P. O. Box 4120, Allentown, PA 18105-4120 |
| 14717233 | + | Rocket Mortgage, f/k/a Quicken Loans, LLC, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 26 2025 00:07:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 26 2025 00:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14715585 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 26 2025 00:09:29 | AEO/Synchrony Bank, P. O. Box 965065, Orlando, FL 32896-5065 |
| 14715586 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 26 2025 00:09:35 | Affirm Inc., 650 California St., FL 12, San Francisco, CA 94108-2716 |
| 14715587 | ^ | MEBN | Aug 26 2025 00:03:34 | Arcadia Recovery Bureau LLC, P. O. Box 6768, Reading, PA 19610-0768 |
| 14715590 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 26 2025 00:07:00 | BMO Harris Bank/Greensky, 1797 N East Expy NE, Brookhaven, GA 30329-7803 |
| 14715588 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 26 2025 00:07:00 | Barclays, Card Services, P. O. Box 8802, Wilmington, DE 19899-8802 |
| 14715589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2025 00:21:27 | Best Buy Credit Services, P. O. Box 790441, Saint Louis, MO 63179-0441 |
| 14715594 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2025 00:21:20 | CBNA, P. O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14715596 | | Email/Text: skeller@crossriver.com | Aug 26 2025 00:07:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 14715591 | | Email/Text: cms-bk@cms-collect.com | Aug 26 2025 00:07:00 | Capital Management Services LP, 698-1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 14715592 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2025 00:09:24 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14715593 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2025 00:09:30 | Capital One Bank (USA), N.A., P. O. Box 30285, |

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 14719948 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 26 2025 00:09:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14721530 | | Email/Text: bnc-quantum@quantum3group.com | Aug 26 2025 00:07:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14715595 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Aug 26 2025 00:07:00 | Commonwealth Financial Systems, 245 Main St., Dickson City, PA 18519-1641 |
| 14733902 | + | Email/Text: dsgrdg@ptdprolog.net | Aug 26 2025 00:07:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14715598 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 26 2025 00:07:00 | Greensky, P. O. Box 29429, Atlanta, GA 30359-0429 |
| 14730945 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 26 2025 00:07:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 14715599 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2025 00:21:23 | Home Depot Credit Services, P. O. Box 790328, Saint Louis, MO 63179-0328 |
| 14715600 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 26 2025 00:09:35 | Home Design-Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14715602 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 26 2025 00:09:29 | JCPenney, Synchrony Bank, P. O. Box 965065, Orlando, FL 32896-5065 |
| 14728402 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 26 2025 00:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14715603 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2025 00:09:24 | Kohl's, P. O. Box 3043, Milwaukee, WI 53201-3043 |
| 14717159 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2025 00:09:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14715606 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 26 2025 00:09:35 | Lowe's, Synchrony Bank, P. O. Box 965065, Orlando, FL 32896-5065 |
| 14715607 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2025 00:21:23 | Macy's, P. O. Box 6786, Sioux Falls, SD 57117-6786 |
| 14715608 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 26 2025 00:09:24 | Mattress Firm, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14715610 | | Email/Text: bankruptcies@penncredit.com | Aug 26 2025 00:07:00 | Penn Credit Corporation, 2800 Commerce Dr., Harrisburg, PA 17110 |
| 14731026 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2025 00:07:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14715613 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2025 00:07:00 | PNC Bank, N.A., P. O. Box 5570, Cleveland, OH 44101-0570 |
| 14715612 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2025 00:07:00 | PNC Bank, N.A., P. O. Box 747032, Pittsburgh, PA 15274-7032 |
| 14729656 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2025 00:09:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14715609 | ^ | MEBN | Aug 26 2025 00:03:36 | Patenaude & Felix, A.P.C., 2400 Ansys Dr., Ste. 402-B, Canonsburg, PA 15317-0403 |
| 14715611 | + | Email/Text: pcabkt@phillips-cohen.com | Aug 26 2025 00:07:00 | Phillips & Cohen Associates, 1002 Justison St., Wilmington, DE 19801-5148 |
| 14727022 | | Email/Text: bnc-quantum@quantum3group.com | Aug 26 2025 00:07:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14715614 | + | Email/Text: ngisupport@radiusgs.com | Aug 26 2025 00:07:00 | Radius Global Solutions LLC, 7831 Glenroy Rd., Ste. 250-A, Minneapolis, MN 55439-3117 |
| 14715615 | + | Email/Text: bankruptcyteam@rocketmortgage.com | | |

Case 22-12213-pmm   Doc 39   Filed 08/27/25   Entered 08/28/25 00:39:33   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2025 | Form ID: 138OBJ | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 26 2025 00:07:00 | Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 14717007 | ^ | MEBN | Aug 26 2025 00:03:35 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14722286 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 26 2025 00:07:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14715616 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 26 2025 00:09:29 | Sam's Club, Synchrony Bank, P. O. Box 965065, Orlando, FL 32896-5065 |
| 14715617 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 26 2025 00:09:34 | Syncb/Home, P. O. Box 965036, Orlando, FL 32896-5036 |
| 14716034 | ^ | MEBN | Aug 26 2025 00:03:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14716287 | ^ | MEBN | Aug 26 2025 00:03:41 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14715619 | + | Email/Text: bncmail@w-legal.com | Aug 26 2025 00:07:00 | TD Bank USA/Target Credit, P. O. Box 673, Minneapolis, MN 55440-0673 |
| 14715618 | + | Email/Text: bncmail@w-legal.com | Aug 26 2025 00:07:00 | Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14715620 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2025 00:21:23 | The Home Depot/Citibank, P. O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14715621 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 26 2025 00:07:00 | Victoria's Secret, Comenity Bank, P. O. box 182125, Columbus, OH 43218-2125 |
| 14715622 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2025 00:09:35 | Wal-Mart, Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2025           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:

**Name**               **Email Address**
DAVID S. GELLERT

Case 22-12213-pmm    Doc 39    Filed 08/27/25    Entered 08/28/25 00:39:33    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2025 | Form ID: 138OBJ | Total Noticed: 55 |

      on behalf of Debtor Joel Burgos dsgrdg@ptdprolog.net

DAVID S. GELLERT
      on behalf of Joint Debtor Lissette Burgos dsgrdg@ptdprolog.net

DENISE ELIZABETH CARLON
      on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
      ECFMail@ReadingCh13.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

*Form 138OBJ* (6/24)–doc 38 − 35

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Joel Burgos<br><br>　Lissette Burgos<br><br>　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22−12213−pmm<br><br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

　To all creditors and parties in interest, NOTICE IS GIVEN THAT:

　The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

　Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

　All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

　In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 25, 2025

For The Court

Timothy B. McGrath
Clerk of Court