| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-12213-PMM

| | |
|---|---|
| Joel Burgos | Petition Filed Date: 08/24/2022 |
| Lissette Burgos | 341 Hearing Date: 10/04/2022 |
| 1262 North Ulster Street | Confirmation Date: 11/17/2022 |
| Allentown  PA    18109 | |

Case Status: Completed on 8/14/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2024 | $230.00 | | 09/13/2024 | $230.00 | | 10/10/2024 | $230.00 | |
| 11/22/2024 | $230.00 | | 12/19/2024 | $230.00 | | 01/17/2025 | $230.00 | |
| 02/13/2025 | $230.00 | | 03/14/2025 | $230.00 | | 04/11/2025 | $230.00 | |
| 05/08/2025 | $230.00 | | 06/23/2025 | $230.00 | | 07/18/2025 | $230.00 | |

**Total Receipts for the Period: $2,760.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,280.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $2,931.20 | $2,931.20 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $1,455.67 | $119.54 | $1,336.13 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,748.69 | $143.66 | $1,605.03 |
| 3 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $3,615.15 | $296.95 | $3,318.20 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $4,860.27 | $399.23 | $4,461.04 |
| 5 | CAPITAL ONE BANK (USA) NA »» 005 | Unsecured Creditors | $3,036.02 | $249.36 | $2,786.66 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $349.91 | $28.73 | $321.18 |
| 7 | CITIBANK NA »» 007 | Unsecured Creditors | $1,464.72 | $120.33 | $1,344.39 |
| 8 | CITIBANK NA »» 008 | Unsecured Creditors | $2,330.43 | $191.40 | $2,139.03 |
| 9 | ROCKET MORTGAGE LLC »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $10,966.67 | $900.81 | $10,065.86 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $1,392.38 | $114.38 | $1,278.00 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $831.07 | $68.25 | $762.82 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $2,188.43 | $179.74 | $2,008.69 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $4,160.42 | $341.72 | $3,818.70 |

**Chapter 13 Case No. 22-12213-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $3,347.59 | $274.99 | $3,072.60 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $2,171.56 | $178.37 | $1,993.19 |
| 17 | GREENSKY LLC »» 017 | Unsecured Creditors | $6,521.52 | $535.71 | $5,985.81 |
| 18 | PNC BANK »» 018 | Unsecured Creditors | $4,107.79 | $337.42 | $3,770.37 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $1,847.70 | $151.74 | $1,695.96 |
| 20 | JAY BEE EMPLOYEES FCU | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CROSS RIVER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | LEHIGH VALLEY HEALTH-MUHLENBERG | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | TARGET CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | TARGET CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,280.00 | Current Monthly Payment: | $230.00 |
| Paid to Claims: | $7,563.53 | Arrearages: | $0.00 |
| Paid to Trustee: | $716.47 | Total Plan Base: | $8,280.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.